

**STEVEN BANKS**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**JESSICA OCHOA**
*Senior Counsel*
phone: (212) 356-3159
jochoa@law.nyc.gov

March 16, 2026

**VIA E.C.F.**
Honorable Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

      Re:    Ozeri v. the City of New York, et al.
               25-CV-6462 (KAM) (CHK)

Your Honor:

      I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing the City of New York in the above captioned matter. Defendants write to respectfully request a stay of discovery and an adjournment of the initial conference scheduled for March 18, 2026. This is Defendants' first request for a stay. Plaintiff consents to the instant request.

      By way of background, Plaintiff filed the complaint on November 21, 2025. *See* ECF No. 1. Plaintiff alleges that she suffered injuries from other protestors as a result of police inaction. Plaintiff's claims include First Amendement retaliation, due process, Equal Protection, and a *Monell* claim, as well as various state law claims. Defendants filed a Motion for a Premotion Conference on March 13, 2026 in anticipation of filing a Motion to Dismiss. *See* ECF No. 12. The Court granted the Defendants motion and scheduled a premotion conference for April 14, 2026. *See* Order dated March 13, 2026.

      Presently, the parties are scheduled to exchange initial disclosures March 17, 2026 and appear for an initial conference on March 18, 2026 at 10:00 am.

      This request is being made because Defendants' will file a fully dispositive motion to dismiss the case. *See* ECF No. 12. In an effort to save the parties' and the Court's resources, Defendants request a stay of discovery, adjournment of the initial conference, and adjournment of the Discovery Plan until motion practice has been completed.

      Accordingly, Defendants respectfully request a stay of discovery, adjournment of the initial conference, and an adjournment of the Discovery Plan to a later date after motion practice has been completed, as well as an adjournment of all relevant deadlines.

Defendants thank the Court for its time and consideration herein.

Respectfully submitted,

_____/s/ *Jessica M. Ochoa*_____

Jessica Ochoa
*Senior Counsel*

cc: **By ECF**
Leo Glickman, Esq.
*Attorney for Plaintiff*