

300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Hon. Kiyo A. Matsumoto                                    March 17, 2026
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

<u>Ozeri v. City of New York et al.</u>, 25CV6462(KAM)(CHK)

Your Honor --

Plaintiff writes in response to Defendants' pre-Motion to Dismiss letter filed on March 13, 2026 (ECF #12).

Plaintiff alleges in her Complaint that at the time of the incident, the City of New York employed policies and practices that discriminated between expressive activities based on their viewpoints. Protests, for example, expressing viewpoints the City favored are policed in a manner that protects the speech, while non-favored viewpoints are policed in a manner that threatens and abridges the speech. This policy and practice caused Plaintiff's injuries of abridging her constitutionally protected rights and physical injury.

Furthermore, Plaintiff alleges that the police on the scene were in a special relationship with her and the other protesters on the scene and therefore had a duty to act to protect her, and failed to do so. <u>Ferreira v. City of Binghamton</u>, 975 F.3d 255, 281 (2d Cir.), <u>certified question accepted,</u> 35 N.Y.3d 1105, 157 N.E.3d 673 (2020), and <u>certified question answered,</u> 38 N.Y.3d 298, 194 N.E.3d 239 (2022).

Plaintiff asserts that the police officers omissions and commissions, conducted under the above described policies of the City of New York in place at the time, supports each of her causes of action and will therefore oppose the Motion to Dismiss.

The parties conferred on the briefing schedule and mutually agreed to it. The Plaintiff requested an additional two weeks because the undersigned starts a trial on May 4, 2026. Plaintiff thanks the court for its time and attention to this matter.

Sincerely,

Leo Glickman

Leo Glickman