

**STOLL, GLICKMAN & BELLINA** LLP **ATTORNEYS**

300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Hon. Kiyo A. Matsumoto                                    April 23, 2026
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

<u>Ozeri v. City of New York et al.</u>, 25CV6462(KAM)(CHK)

Your Honor --

About one hour ago, Plaintiff filed her First Amended Complaint per the court's order allowing her to do so by April 28.  The undersigned meant to, but neglected to withdraw Plaintiff's Sixth Cause of Action, "Violation of State Constitutional Rights."

Plaintiff withdraws this Cause of Action, and it need not be briefed in any Motion to Dismiss.  It is hereby voluntarily withdrawn.

Sincerely,

*Leo Glickman*

Leo Glickman