

**300 Cadman Plaza West, 12th Floor**
**Brooklyn, NY 11201**
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Hon. Clay H. Kaminsky                                          April 27, 2026
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

<u>Ozeri v. City of New York et al.</u>, 25CV6462(KAM)(CHK)

Your Honor --

In accordance with the order issued on April 23, 2026 by Judge Matsumoto, Plaintiff respectfully moves to strike the amended pleading filed on that date (ECF#15). The undersigned mistakenly filed it without removing a cause of action, as explained in the undersigned's letter also on that date (ECF#16).  Finally, there apparently are internal comments on the filed pdf documents.  In accordance with Judge Matsumoto's Individual Rules of Practice, non-dispositive motions are to be directed to the assigned magistrate judge.

We thank the court for its consideration.

Sincerely,

*Leo Glickman*

Leo Glickman