

**STEVEN BANKS**
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**ELISSA B. JACOBS**
*Senior Counsel*
phone: (212) 356-3540
ejacobs@law.nyc.gov

May 14, 2026

**VIA E.C.F.**
Honorable Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

> Re: <u>Ozeri v. the City of New York, et al.</u>
> 25-CV-6462 (KAM) (CHK)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing the City of New York in the above captioned matter. I write jointly with plaintiff's counsel to request an adjournment of the settlement conference, currently scheduled to take place on May 21, 2026 at 2:00 p.m. until a later date convenient to the Court and counsel. No prior requests for an adjournment of this date have been made.

On April 14, 2026, the parties attended a pre-motion conference to discuss the City's anticipated motion to dismiss the Complaint. Following that conference, the Court scheduled a settlement conference for May 21, 2026 to see if the parties could reach a settlement prior to motion practice. The parties remain willing to attend the settlement conference, but need additional time to asses the case and negotiate between themselves prior to the conference. As a result, we respectfully request that the conference be adjourned until some time in June. The parties have conferred and are available June 5, 8, 10-12, 15, and 17-18. The parties can propose other dates later in June if none of those dates are available.

Thank you for your attention to this matter.

.

Respectfully submitted,

_____/s/ *Elissa B. Jacobs*_____

Elissa B. Jacobs
*Senior Counsel*

cc:    **By ECF**
       Leo Glickman, Esq.
       *Attorney for Plaintiff*