

**300 Cadman Plaza West, 12th Floor**
**Brooklyn, NY 11201**
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Hon. Kiyo A. Matsumoto                                      June 19, 2026
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

<u>Ozeri v. City of New York et al.</u>, 25CV6462(KAM)(CHK)

Your Honor --

Plaintiff writes to inform the court that the parties have agreed to a settlement of this matter. Defendants are preparing settlement paperwork and no issues are anticipated.

The parties thank the court for its assistance.

Sincerely,

*Leo Glickman*

Leo Glickman