UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

ENBAR OZERI,

Plaintiff,

-against-

THE CITY OF NEW YORK; JOHN DOE POLICE OFFICER
##1-20,

Defendant.
-------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

25CV06462 (KAM) (CHK)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1.      The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
           _____, 2026

| | |
|---|---|
| STOLL GLICKMAN & BELLINA, LLP | STEVEN BANKS |
| *Attorneys for Plaintiff* | Corporation Counsel of the |
| 300 Cadman Plaza West, 12th Floor |     City of New York |
| Brooklyn, NY 11201 | *Attorney for Defendant City of New York* |
| | 100 Church Street, 3rd Floor |
| | New York, New York 10007 |

By: *Leo Glickman*                     By: *Elissa B. Jacobs*
      Leo Glickman
      *Attorney for Plaintiff*                  Elissa B. Jacobs
                                       *Senior Corporation Counsel*

SO ORDERED:

_____
HON. KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

Dated: _____, 2026